# IN THE UNITED STATES DISTRICT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| HERMAN W. CROSSAN, II, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 5:06-CV-76 (CAR) |
| | : | |
| JO ANNE B. BARNHART, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 17] to grant Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Defendant has not entered an objection to the Recommendation. The Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED** this 4th day of December, 2006.

S/ C. Ashley Royal
C. ASHLEY ROYAL
United States District Judge

SSH